COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-182-CV

IN RE ADVENTIST HEALTH SYSTEMS/SUNBELT, INC. RELATOR

D/B/A HUGULEY MEMORIAL MEDICAL CENTER 

------------

ORIGINAL PROCEEDING

------------

CORRECTED MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus and motion for emergency stay are denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

____________________________

ANNE GARDNER

JUSTICE

PANEL A: CAYCE, C.J.; GARDNER and DAUPHINOT, JJ.

CAYCE, C.J., would grant relator’s motion for emergency stay and request a response.

DELIVERED: May 25, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.